84309-01

CAUSE NO.120606-R

James A.Buntyn
#1815419
olunsky Unit
3872FM350 South
Livingston,Texas 77351

Abel Acosta
Court of Criminal Appeals
P.O.Box 12308
Capitol Station
Austin,Texas 78711

Inclosed  Please find Motion for Mondamus to be filed inthe  court  of  criminal  appeals.  Thank you for placing it on the docket.

Sincerely.

James A, Buntyn

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

CAUSE NO.120606-R
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

RELATOR:
JAMES ANTHONY,BUNTYN
TDCJ#1815419
vs.
THE STATE OF TEXAS

MOTION:FOR ORDER MANDAMUS UNDER TEXAS
CRIMINAL CODE OF PPROCEDURE ART 4.04

TO THE HONORABLE COURT OF CRIMIAL APPEALS

comes now James Anthony,Buntyn the pro se relator and would move this court as follows:

I.

(                JURISDICTION

UNDER THE TEXAS CODE OF CRIMINAL ROCEDURE ARTICLE 4.04'this court holds Jurisdictionb to issue and mandamus under the motion brought heretoand the relator James Anthony,Buntyn will present the following.

II.

SHOW OF CAUSE

(SEE EXHIBIT A ATTACHED) The District Court Clerk ofOrange County Texas 801 W.Division Ave.Orange County Texas 77630 in cause no.120606-R was aid a sum of $469.00Dollars and zero cent to pay to the order of Orange County District Court for DNA TESTING (DC) TEXAS CODE OF CRIMINAL PROCEDURE art 64.01.-64.03. parental testing paternity DNA TESTING.

!

## III.

Where the Court charged $469.00 the balance due fee was ppaid and now the court refuses to adjudicate the parental DNA TEASTING FOR PATERNITY TEST.

## IV.

## REQUESTED RELIEF

Wherefore premises considered the relator prays this court Order by Mandamus that the Orange County Texas Court in cause no.120606-R Adjudicate DNA TESTING.

## UNSWORN DECLARATION

CIVIL PPRACTICE AND REMEDIES CODE SECTION 132.000-132.003

I James Anthony,Buntyn#1815419 whom is the relator and whom is confined at the polunsky unit 3872 FM350 South Livingston Texas 77351 do swear under penalty of perjury that the following and foregoing motion for mandamus under Texas Code of criminal procedure Art 4.04 and its exhibits a and the contents therein ar true and correct.

EXECUTED THIS DAY ON 28 OF Nov, 2015A.D.

S/ _James Buntyn_

2

Bill of Costs (Criminal)                                    EXHIBIT    A

BILL OF COSTS

James Anthony Buntyn                    VICKIE EDGERLY, District Clerk
140 O'connor                            Orange County, Texas
Bridge City, TX  77611                  801 W Division Ave
                                        Orange, Texas  77630

---

### THE STATE OF TEXAS VS James Anthony Buntyn

CAUSE NO.  120606-R

| | |
|---|---|
| COMB CRT COST - CR $133.00 | $133.00 |
| COURTHOUSE SEC FUND $5.00 | $5.00 |
| COURT RELATED PURPOSE FEE | $6.00 |
| DISTRICT CLERK FEES - $40.00 | $40.00 |
| DNA TESTING (DC) | $250.00 |
| FINES | $0.00 |
| INDIGENT DEFENSE FEE | $2.00 |
| JURY SERVICE FEE | $4.00 |
| REC MGMT PRES FUND (CR) | $22.50 |
| REC MGMT PRES FUND(CLK-R) | $2.50 |
| DC TECH FEE | $4.00 |

| | |
|---|---|
| Total Cost | $469.00 |
| Total Paid | $0.00 |
| **Balance Due** | **$469.00** |

THE STATE OF TEXAS
COUNTY OF ORANGE

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas do hereby certify that the above is a correct Bill of Costs incurred in the above number and entitled case to this date.
IN WITNESS WHEREOF, I hereto affix my signature and seal of office in Orange, Texas this October 22, 2012.

VICKIE EDGERLY, District Clerk
Orange County, Texas

By: _____
     Deputy Clerk

We accept the following:



**PLEASE INCLUDE THE CAUSE NUMBER WITH YOUR PAYMENT**